# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARIA JOSE JARABA OLIVEROS,<br>Petitioner,<br>v.<br>POLLY KAISER, et al.,<br>Respondents. | Case No. 25-cv-07117-BLF<br><br>**ORDER EXTENDING ORDER GRANTING PETITIONER'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AT ECF 7 UNTIL SEPTEMBER 19, 2025** |

On August 22, 2025, the Court granted Petitioner's *Ex Parte* Motion for Temporary Restraining Order. ECF No. 7. On August 28, 2025, the Court held a hearing regarding whether a Preliminary Injunction should issue. ECF No. 15. In light of the arguments raised by the parties at the hearing and the Court's scheduling constraints, good cause exists to extend the Temporary Restraining Order to provide the Court with adequate time to consider whether a Preliminary Injunction should issue. *See* Fed. R. Civ. P. 65. Both parties agreed to the extension of the Temporary Restraining Order. Accordingly, the Temporary Restraining Order is HEREBY EXTENDED for an additional fourteen days, through September 19, 2025.

**IT IS SO ORDERED.**

Dated: August 28, 2025

_____
BETH LABSON FREEMAN
United States District Judge