# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARIA JOSE JARABA OLIVEROS,<br><br>Plaintiff,<br>v.<br><br>POLLY KAISER, et al.,<br><br>Defendants. | Case No. 25-cv-07117-BLF<br><br>**ORDER REQUESTING A JOINT STATEMENT FROM THE PARTIES ON OR BEFORE FEBRUARY 12, 2026** |

On September 18, 2025, the Court issued an order granting a preliminary injunction in this case. ECF No. 17. The Government then filed a return, ECF No. 22, and Petitioner filed a traverse, ECF No. 23. The Court requests that the Parties meet and confer and submit a joint statement advising the Court on next steps, including whether this matter should be set for hearing. The Parties SHALL submit this statement on or before **February 12, 2026**.

**IT IS SO ORDERED.**

Dated: February 5, 2026

_____
BETH LABSON FREEMAN
United States District Judge