**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

MARIA JOSE JARABA OLIVEROS,
Petitioner,

v.

POLLY KAISER, et al.,
Respondents.

Case No. 25-cv-07117-BLF

**ORDER ADMONISHING PETITIONER REGARDING COMPLIANCE WITH STANDING ORDERS**

[Re: ECF No. 36]

Petitioner has submitted a reply to Respondents' opposition to attorneys' fees that fails to comply with this Court's standing orders because it exceeds the allowed page limits. *See* Standing Order re Civil Cases § IV.A.4. (setting a 5-page limit for reply briefs for motions for attorneys' fees). The Court will accept the nonconforming filing and DIRECTS Petitioner to comply with the Court's standing order for all future filings.

Dated: September 18, 2026

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California