United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARIA JOSE JARABA OLIVEROS,<br>Plaintiff,<br>v.<br>POLLY KAISER, et al.,<br>Defendants. | Case No. 25-cv-07117-BLF<br><br>**ORDER VACATING HEARING SET FOR OCTOBER 1, 2026**<br><br>[Re: ECF No. 28] |

The Court finds the Motion for Attorney Fees, ECF No. 28, currently set for hearing on October 1, 2026, to be suitable for decision without oral argument. *See* Civ. L.R. 7-1(b). The hearing is VACATED.

**IT IS SO ORDERED.**

Dated: September 25, 2026

BETH LABSON FREEMAN
United States District Judge